FILED 09 OCT 14 14:42 USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF OREGON

| | |
|---|---|
| DENISE BAKER,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No. 3:08-cv-1326-MO<br><br><br>JUDGMENT |

This case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings pursuant to this Court's ORDER of remand, issued on __14 Oct__, 2009. Judgment is entered for Plaintiff.

DATED this __14__ day of __Oct__ 2009.

_____
UNITED STATES DISTRICT JUDGE