FILED'09 DEC 11 10:08USDC-ORP

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | | |
|---|---|---|
| DENISE BAKER, | ) | |
| | ) | |
| Plaintiff, | ) | CV 08-1326-MO |
| | ) | |
| vs. | ) | ORDER AWARDING FEES |
| | ) | PURSUANT TO THE EQUAL ACCESS |
| MICHAEL J. ASTRUE, | ) | TO JUSTICE ACT |
| Commissioner of Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

　　　　Based upon the stipulation of the parties, it is hereby ORDERED that EAJA fees in the amount of $5,075.00 are awarded to Plaintiff, payable directly to her attorney, Rory Linerud, at PO Box 1105, Salem, OR 97308. There are no costs or expenses to be paid herein.

IT IS SO ORDERED.

DATED this __11__ day of __Dec__, 2009.

_____
MICHAEL W. MOSMAN
United States District Court Judge

Presented by:
S/RORY J. LINERUD
LINERUD LAW FIRM, OSB # 97006
PO Box 1105
Salem, OR 97308-1105
503-587-8776
Attorney for Plaintiff
rorylinerud@hotmail.com

ORDER - FEES PURSUANT TO THE EQUAL ACCESS TO JUSTIC ACT
Page 1